SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ROBERT MENA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PETER A. LABAHN, AS TRUSTEE OF THE PETER A. LABAHN SEPARATE PROPERTY TRUST; 2016 S EL CAMINO REAL, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:25-cv-01072-FWS (DFMx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 25, 2025<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Honorable Judge Fred W. Slaughter |

　　　To Defendant 2016 S EL CAMINO REAL, LLC and the attorneys of record, if any: Please take notice that on September 25, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 411 West Fourth Street, Santa Ana, California, Plaintiff ROBERT MENA will present Plaintiff's motion for default judgment against Defendant 2016 S EL CAMINO REAL, LLC. The Clerk has previously entered the default on said Defendant on August 14, 2025 (Dkt. #22).

　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant 2016 S EL CAMINO REAL, LLC is not a minor or an

incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant 2016 S EL CAMINO REAL, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,710.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 2102 S El Camino Real, San Clemente, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant 2016 S EL CAMINO REAL, LLC on August 21, 2025 by first class United States Mail, postage prepaid.

Dated: August 21, 2025                    **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/ Jason J. Kim*
         Jason J. Kim, Esq.
         Attorneys for Plaintiff